PS 8
(12/04)

US PROB-MILW04/18'08PM03:33

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'08 APR 21 A10 :17
JON W. SANFILIPPO
CLERK

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Wisconsin

U.S.A. vs. Carl Munger  
2024 Golf Avenue, Apartment 3  
Racine, WI 53404

Docket No. 07-CR-120

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Jennifer M. Manders**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, **Carl Munger**, who was placed under pretrial release supervision by the Honorable **William E. Callahan, Jr.**, sitting in the Court at **Milwaukee, Wisconsin**, on the **12th** day of **October 2007** under the following conditions:

1. Report to Pretrial Services as directed.
2. Seek and maintain employment.
3. Submit to random urine screens and counseling as directed.
4. Restrict travel to the Eastern District of Wisconsin.
5. Post $4,000.00 cash bond.
6. Submit to the electronic monitoring program as directed by supervising officer.
7. Reside with mother.

Respectfully presenting petition for action of Court and for cause as follows:

Mr. Munger was arrested for Possession With Intent to Deliver Cocaine as a Party to a Crime on 4/16/08 in Milwaukee County.

**PRAYING THAT THE COURT WILL ORDER a warrant be issued to act as a detainer and return the defendant to Court to show cause why his bond should not be revoked.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 18th day of April 2008 and ordered filed and made a part of the records in the above case.<br><br>William E. Callahan, Jr.<br>U. S. District Magistrate Judge | Jennifer M. Manders<br>U.S. Pretrial Services Officer<br><br>Place: Milwaukee, WI<br>Executed On: April 17, 2008 |