

PS 8
(12/04)

US PROB-MILW05/12'08PM03:24

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
**UNITED STATES DISTRICT COURT**
for the
**Eastern District of Wisconsin**

08 MAY 13 AM 10 24

JON W. SANFILIPPO
CLERK

U.S.A. vs. Phil Kidd
1933 Linden Avenue
Racine, WI 53404

Docket No.07-CR-120

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Jennifer M. Manders**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, **Phil Kidd**, who was placed under pretrial release supervision by the Honorable **William E. Callahan, Jr.**, sitting in the Court at **Milwaukee, Wisconsin,** on the **14th** day of **November 2007** under the following conditions:

1. Report to Pretrial Services as directed.
2. Seek and maintain employment.
3. Submit to random urine screens and counseling as directed.
4. Restrict travel to the Eastern District of Wisconsin.
5. Post $30,000.00 property bond secured by 1933 Linden Avenue in Racine.
6. Submit to the electronic monitoring program as directed by supervising officer.
7. Reside with wife at 1933 Linden Avenue in Racine.

Respectfully presenting petition for action of Court and for cause as follows:

Since his release on 11/20/07, Mr. Kidd has been complaint with the conditions of release and electronic monitoring.

**PRAYING THAT THE COURT WILL ORDER the Court remove Mr. Kidd from the electronic monitoring program. If Mr. Kidd becomes non-compliant while on pretrial supervision, he may be returned to the home detention level of monitoring at the discretion of the U.S. Pretrial Services Office.**

ORDER OF COURT

Considered and ordered this _12th_ day of May 2008 and ordered filed and made a part of the records in the above case.

William E. Callahan, Jr.
Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Jennifer M. Manders
U.S. Pretrial Services Officer

Place: Milwaukee, WI
Executed On: May 9, 2008