UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                              Case No.07-CR-120

CARL MUNGER,

                Defendant.
_____

### GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
_____

      The plaintiff, United States of America, by its attorneys, Michelle L. Jacobs, United States Attorney for the Eastern District of Wisconsin, and Mario F. Gonzales, Assistant United States Attorney for said district, respectfully moves pursuant to U.S.S.G. 5K1.1 for a four level reduction from the advisory sentencing guidelines, based on the defendant's substantial assistance in the investigation and prosecution of others. The government will submit specific information in support of this motion at the time of sentencing. In general, the defendant has provided significant information regarding the drug trafficking activities of his co-defendants and agreed to testify for the State of Wisconsin at a Racine County jury trial for attempted homicide. Mr. Munger was present for the trial and awaiting to testify when the charged defendant plead guilty just prior to Mr. Munger's testimony.

                                        Respectfully submitted,
                                        MICHELLE L. JACOBS
                                        United States Attorney
                By:

                                        s/Mario F. Gonzales
                                        Assistant United States Attorney
                                        Mario F. Gonzales Bar Number: 1000674
                                        Office of the United States Attorney
                                        Eastern District of Wisconsin
                                        517 East Wisconsin Avenue, Room 530
                                        Milwaukee, Wisconsin  53202

Telephone: (414) 297-1775
Fax: (414) 297-1738
E-Mail: mario.gonzales2@usdoj.gov